**DISMISS and Opinion Filed September 29, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00706-CV

**TRANG PHAN, Appellant**
**V.**
**SARIKA THARAKAN, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01861-2020**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Reichek
Opinion by Justice Osborne

Before the Court is appellant's motion to dismiss the appeal. Appellant informs the Court that she has reached a settlement with appellee. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

210706f.p05

/Leslie Osborne//
LESLIE OSBORNE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

TRANG PHAN, Appellant

No. 05-21-00706-CV      V.

SARIKA THARAKAN, Appellee

On Appeal from the County Court at Law No. 4, Collin County, Texas Trial Court Cause No. 004-01861-2020.

Opinion delivered by Justice Osborne. Justices Pedersen, III and Reichek participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee SARIKA THARAKAN recover her costs of this appeal from appellant TRANG PHAN.

Judgment entered this 29th day of September, 2021.